IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Crim. No. 1:02-CR-237 |
| | : | Civ. No. 1:16-CV-1242 |
| v. | : | |
| | : | |
| **TOBIAS A. CUNNINGHAM** | : | Judge Sylvia H. Rambo |

## O R D E R

**AND NOW**, upon consideration of Defendant Tobias Cunningham's Motion to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody under 28 U.S.C. § 2255 and his related supplemental motion, (Docs. 146, 160), **IT IS HEREBY ORDERED THAT**:

1. Defendant's motion is **DENIED** for the reasons set forth in the Court's accompanying memorandum;

2. There is no basis for the issuance of a certificate of appealability; and

3. The Clerk of Court is directed to close civil case number 1:16-CV-1242.

**SO ORDERED.**

                                             */s/ Sylvia H. Rambo*
                                             SYLVIA H. RAMBO
                                             United States District Judge

Dated: November 5, 2020